# Ex. 5, Court of Claims Order on Plaintiffs' Motion for Partial Reconsideration

# STATE OF MICHIGAN

# COURT OF CLAIMS

VIRIDIS LABORATORIES, L.L.C., and VIRIDIS NORTH, L.L.C.,

      Plaintiffs,

v

MICHIGAN MARIJUANA REGULATORY AGENCY, ANDREW BRISBO, Individually, JULIE KLUYTMAN, Individually, DESMOND MITCHELL, Individually, and CLAIRE PATTERSON, Individually,

      Defendants.

_____/

Case No.  21-000219-MB

Hon. Thomas C. Cameron

## ORDER REGARDING PLAINTIFFS' MOTION FOR PERMISSION TO FILE MOTION FOR PARTIAL RECONSIDERATION AND MOTION FOR PARTIAL CONSIDERATION, AND DEFENDANTS' MOTION FOR LEAVE TO FILE RESPONSE

Plaintiffs' February 24, 2022 "motion for permission to file motion for partial reconsideration of the Court's 02/03/2022 Opinion and Order regarding MRA's motion for summary disposition in lieu of answer exceeding page limits" is GRANTED.

Plaintiffs' February 24, 2022 "motion for partial reconsideration of the Court's 02/03/2022 Opinion and Order regarding MRA's motion for summary disposition in lieu of answer" is DENIED because plaintiffs have failed to establish that a palpable error occurred that misled the Court and the parties and that a different disposition of the motion would have occurred from correction of the perceived error.  MCR 2.119(F)(3).

Defendants' March 3, 2022 "motion for leave to file response to Plaintiffs' 02/24/2022 motion for partial reconsideration" is DENIED.

IT IS SO ORDERED.

Date: March 16, 2022

_____
Thomas C. Cameron
Judge, Court of Claims