# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN
# MINUTES

| Case Number | Date | Time | Judge |
|---|---|---|---|
| 1:22-cv-00283-PLM | 12/16/2022 | 1:31 - 2:01 PM | Phillip J. Green |

## CASE CAPTION

| |
|---|
| Viridis Laboratories, LLC et al v. Kluytman et al |

## APPEARANCES

| Attorney: | Representing: |
|---|---|
| David R. Russell<br><br>Brandon M.H. Schumacher | Plaintiff |
| Adam Maxwell Leyton<br><br>Erika N. Marzorati | Defendants |

## PROCEEDINGS

| |
|---|
| **NATURE OF HEARING:**<br><br>Rule 16 scheduling conference held via Zoom; CMO to issue. |

Proceedings Digitally Recorded
Deputy Clerk: A. Doezema