UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

VIRIDIS NORTH, LLC,
a Michigan limited liability company,

    Plaintiff,

v.

JULIE KLUYTMAN, an individual,
DESMOND MITCHELL, an individual,
ALLYSON CHIRIO, an individual, and
CLAIRE PATTERSON, an individual,

    Defendants.

Case No. 1:22-cv-283

HON. PAUL MALONEY

MAG. JUDGE PHILLIP J. GREEN

---

| | |
|---|---|
| David R. Russell (P68568)<br>Brandon M. H. Schumacher (P82930)<br>FOSTER, SWIFT, COLLINS & SMITH, P.C.<br>*Counsel for Plaintiff*<br>313 S. Washington Square<br>Lansing, MI  48933<br>(517) 371-8150<br>drussell@fosterswift.com<br>bschumacher@fosterswift.com<br><br>Kevin M. Blair (P76927)<br>HONIGMAN LLP<br>*Co-Counsel for Plaintiff*<br>222 N. Washington Square, Suite 400<br>Lansing, MI  48933<br>(517) 377-0716<br>kblair@honigman.com | Erika N. Marzorati (P78100)<br>Adam M. Leyton (P80646)<br>Assistant Attorneys General<br>Licensing & Regulation Division<br>Michigan Dept. of Attorney General<br>*Counsel for Defendants*<br>525 West Ottawa Street<br>P.O. Box 30758<br>Lansing, MI  48909<br>(517) 335-7569<br>marzoratie1@michigan.gov<br>leytona1@michigan.gov |

---

**STIPULATION AND ORDER EXTENDING PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

Plaintiff Viridis North, LLC and Defendants Julie Kluytman, Desmond Mitchell, Claire Patterson, and Allyson Chirio, by and through their respective attorneys, stipulate to the Court

1

entering the below order extending the deadline for Plaintiff to file a response to Defendants' Motion for Judgment on the Pleadings from January 17, 2023 to January 20, 2023.

There is good cause for the stipulated extension. Plaintiff's counsel's computer server experienced difficulties and ultimately went down on the evening of January 7, 2023. Plaintiff's counsel's server is still not fixed. Furthermore, Defendants filed their Motion for Judgment on the Pleadings on December 20, 2022. This resulted (unintentionally) in Plaintiff's counsel losing around 10 days to respond to the motion because of pre-planned holiday vacations. When matched with Plaintiff's counsel's server issue, a modest extension is appropriate under the circumstances.

Respectfully submitted,

| | |
|---|---|
|   s/ David R. Russell   |   s/ Adam M. Leyton w/permission   |
| David R. Russell (P68568) | Erika N. Marzorati (P78100) |
| Brandon M. H. Schumacher (P82930) | Adam M. Leyton (P80646) |
| FOSTER, SWIFT, COLLINS & SMITH, P.C. | Assistant Attorneys General |
| *Counsel for Plaintiff* | Licensing & Regulation Division |
| 313 S. Washington Square | Michigan Dept. of Attorney General |
| Lansing, MI  48933 | *Counsel for Defendants* |
| (517) 371-8150 | 525 West Ottawa Street |
| drussell@fosterswift.com | P.O. Box 30758 |
| bschumacher@fosterswift.com | Lansing, MI  48909 |
| | (517) 335-7569 |
| Dated: January 17, 2023 | marzoratie1@michigan.gov |
| | leytona1@michigan.gov |
| | |
| | Dated: January 17, 2023 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

VIRIDIS NORTH, LLC,
a Michigan limited liability company,

    Plaintiff,

v.

JULIE KLUYTMAN, an individual,
DESMOND MITCHELL, an individual,
ALLYSON CHIRIO, an individual, and
CLAIRE PATTERSON, an individual,

    Defendants.

Case No. 1:22-cv-283

HON. PAUL MALONEY

MAG. JUDGE PHILLIP J. GREEN

---

David R. Russell (P68568)
Brandon M. H. Schumacher (P82930)
FOSTER, SWIFT, COLLINS & SMITH, P.C.
*Counsel for Plaintiff*
313 S. Washington Square
Lansing, MI  48933
(517) 371-8150
drussell@fosterswift.com
bschumacher@fosterswift.com

Kevin M. Blair (P76927)
HONIGMAN LLP
*Co-Counsel for Plaintiff*
222 N. Washington Square, Suite 400
Lansing, MI  48933
(517) 377-0716
kblair@honigman.com

Erika N. Marzorati (P78100)
Adam M. Leyton (P80646)
Assistant Attorneys General
Licensing & Regulation Division
Michigan Dept. of Attorney General
*Counsel for Defendants*
525 West Ottawa Street
P.O. Box 30758
Lansing, MI  48909
(517) 335-7569
marzoratie1@michigan.gov
leytona1@michigan.gov

---

## ORDER GRANTING EXTENSION OF PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

1

Based on the stipulation of the parties,

IT IS HEREBY ORDERED that the deadline for Plaintiff Viridis North, LLC to respond to Defendant Julie Kluytman, Desmond Mitchell, Claire Patterson, and Allyson Chirio's Motion for Judgment on the Pleadings is extended from January 17, 2023 to January 20, 2023.

IT IS SO ORDERED:


Dated: January ___, 2023         _____
                                 Hon. Paul Maloney
                                 United States District Court Judge