UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

VIRIDIS NORTH, LLC,
a Michigan limited liability company,

    Plaintiff,

v.

JULIE KLUYTMAN, an individual,
DESMOND MITCHELL, an individual,
ALLYSON CHIRIO, an individual, and
CLAIRE PATTERSON, an individual,

    Defendants.

Case No. 1:22-cv-283

HON. PAUL MALONEY

MAG. JUDGE PHILLIP J. GREEN

---

| | |
|---|---|
| David R. Russell (P68568)<br>Brandon M. H. Schumacher (P82930)<br>FOSTER, SWIFT, COLLINS & SMITH, P.C.<br>*Counsel for Plaintiff*<br>313 S. Washington Square<br>Lansing, MI  48933<br>(517) 371-8150<br>drussell@fosterswift.com<br>bschumacher@fosterswift.com<br><br>Kevin M. Blair (P76927)<br>HONIGMAN LLP<br>*Co-Counsel for Plaintiff*<br>222 N. Washington Square, Suite 400<br>Lansing, MI  48933<br>(517) 377-0716<br>kblair@honigman.com | Erika N. Marzorati (P78100)<br>Adam M. Leyton (P80646)<br>Assistant Attorneys General<br>Licensing & Regulation Division<br>Michigan Dept. of Attorney General<br>*Counsel for Defendants*<br>525 West Ottawa Street<br>P.O. Box 30758<br>Lansing, MI  48909<br>(517) 335-7569<br>marzoratie1@michigan.gov<br>leytona1@michigan.gov |

---

### ORDER GRANTING EXTENSION OF PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS

Based on the stipulation of the parties,

IT IS HEREBY ORDERED that the deadline for Plaintiff Viridis North, LLC to respond to Defendant Julie Kluytman, Desmond Mitchell, Claire Patterson, and Allyson Chirio's Motion for Judgment on the Pleadings is extended from January 17, 2023 to January 20, 2023.

IT IS SO ORDERED:


Dated: January 17, 2023

/s/ Paul L. Maloney
Hon. Paul Maloney
United States District Court Judge