UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VIRIDIS NORTH, LLC,<br>a Michigan limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>JULIE KLUYTMAN, an individual,<br>DESMOND MITCHELL, an individual,<br>ALLYSON CHIRIO, an individual, and<br>CLAIRE PATTERSON, an individual,<br><br>    Defendants. | Case No. 1:22-cv-283<br><br>Hon. Paul Maloney<br><br>Magistrate Judge Phillip J. Green |

| | |
|---|---|
| David R. Russell (P68568)<br>Brandon M. H. Schumacher (P82930)<br>Alexander S. Rusek (P77581)<br>FOSTER, SWIFT, COLLINS & SMITH, P.C.<br>Counsel for Plaintiff<br>313 S. Washington Square<br>Lansing, MI 48933<br>(517) 371-8150<br>drussell@fosterswift.com<br>bschumacher@fosterswift.com<br>arusek@fosterswift.com<br><br>Kevin M. Blair (P76927)<br>HONIGMAN, LLP<br>Co-Counsel for Plaintiff<br>222 N. Washington Square, Suite 400<br>Lansing, MI 48933<br>(517) 377-0716<br>kblair@honigman.com | Risa Hunt-Scully (P58239)<br>Erika N. Marzorati (P78100)<br>Adam M. Leyton (P80646)<br>Attorneys for Defendants<br>Michigan Dept of Attorney General<br>Licensing and Regulation Division<br>525 West Ottawa Street<br>P.O. Box 30758<br>Lansing, MI  48909<br>(517) 335-7569<br>huntscullyr@michigan.gov<br>marzoratie1@michigan.gov<br>leytona1@michigan.gov |

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2023, I directed Patricia M. Burdick to serve Plaintiffs' First Set of Interrogatories and Requests for Production of Documents to Defendants on all parties. Service was made by email only.

Dated:  February 14, 2023              s/ David R. Russell
                                                                    David R. Russell (P68568)
                                                                      Foster, Swift, Collins & Smith, P.C.
                                                                      313 S. Washington Square
                                                                       Lansing, MI 48933-2193
                                                                       (517) 371-8150
                                                                       drussell@fosterswift.com