UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRIDIS LABORATORIES, LLC and )
VIRIDIS NORTH, LLC, )
          Plaintiffs, )
) No. 1:22-cv-283
-v- )
) Honorable Paul L. Maloney
JULIE KLUYTMAN, *et al.*, )
          Defendants. )
)

### JUDGMENT

The Court has resolved all pending claims. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   July 31, 2023                                  /s/ Paul L. Maloney
                                                                     Paul L. Maloney
                                                                      United States District Judge