UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VIRIDIS LABORATORIES, LLC, et al.,

    Plaintiffs,

v.

JULIE KLUYTMAN, et al.,

    Defendants.

_____/

Case No. 1:22-cv-283

HONORABLE PAUL L. MALONEY

**ORDER DISMISSING MOTION FOR EXTENSION OF TIME AS MOOT**

Pending before the Court is Plaintiff's motion for extension of time to complete discovery and to file dispositive motions (ECF No. 84). A review of the court records for this case reflects that an order granting Defendant's motion for judgment on the pleadings issued on July 31, 2023 (ECF No. 82). Judgment has also entered (ECF No. 83). Therefore,

**IT IS HEREBY ORDERED** that the motion for extension of time to complete discovery and to file dispositive motions (ECF No. 84) is DISMISSED AS MOOT.

Dated:  August 1, 2023

    /s/ Paul L. Maloney
    Paul L. Maloney
    United States District Judge